ACCEPTED
2012-06803
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:39:05 AM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00234-CV**

In the Court of Appeals
for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:39:05 AM
CHRISTOPHER A. PRINE
Clerk

**M&E ENDEAVOURS LLC,**

**APPELLANT,**

**VS.**

**CINTEX WIRELESS LLC,**

**APPELLEE.**

**APPELLANT'S MOTION FOR
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

To the First Court of Appeals:

Appellant, M&E Endeavours LLC, files this motion for extension of time to file Appellant's Brief under Rules 10.1, 10.5(b), and 38.6(d) of the Texas Rule of Appellate Procedure, and requests the Court to extend the deadline for filing the appellants' brief from September 8, 2015, until October 8, 2015. In support of this motion appellant shows:

I.

This is an appeal from final judgment after a jury trial in a breach of contract case. The final judgment was signed on that was signed on December 12, 2014. A motion for new trial was timely filed. The notice of appeal was filed on March 12, 2015.

II.

The clerk's record was filed on April 28, 2015; the reporter's record was filed on August 6,

2015. Appellant's Brief is due on September 8, 2015. This is appellant's first request for an extension of time.

III.

The reason for the need of the additional time is that the undersigned counsel, a sole practitioner, was in his summer vacation pursuant to a vacation letter filed with the Harris District Clerk and returned from such vacation on August 10, 2015. Since that time he has been required to attend to several urgent legal matters and needs additional time to review the clerk's record and the reporter's record and to file the Appellant's Brief.

WHEREFORE, appellant, M&E Endeavours LLC, requests the Court to grant this motion and extend the time to file appellant's brief to October 8, 2015.

Respectfully submitted,

Triantaphyllis Law Firm

/s/ Anastassios Triantaphyllis
By:   Anastassios Triantaphyllis
       State Bar No. 20213600
       The Civil Justice Center
       112 E. 4th Street
       Houston, Texas 77007
       Telephone No. (713) 240-7650
       Telecopier No. (713) 520-8991
       Email tasso@tasso.us
       Attorney for M&E Endeavours LLC

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above was served upon counsel for Defendant Cintex Wireless LLC by and through its attorney of record, Nelson S. Ebaugh, Nelson S. Ebaugh, P.C., 2777 Allen Parkway, Suite 1, Houston, Texas 77019, telecopier (713) 739-0500, Email nebaugh@ebaughlaw.com, by telecopier, receipted hand delivery or certified first class mail on September 7, 2015.

/s/ Anastassios Triantaphyllis
Anastassios Triantaphyllis

<u>CERTIFICATE OF CONFERENCE</u>

I certify that I have communicated with counsel for appellee and he informed me that he is unopposed to this motion.

/s/ Anastassios Triantaphyllis
Anastassios Triantaphyllis